UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK S. PECK,

        Plaintiff,                    Case No. 1:20-cv-925

v.                                    Honorable Hala Y. Jarbou

SGP HOLDING COMPANY, INC. D/B/A
ALLIED BUSINESS SERVICES, INC.,

        Defendant.
_____/

## ORDER

Before the Court is Stipulation of Dismissal Without Prejudice (ECF No. 10). Accordingly:

**IT IS ORDERED** that Stipulation of Dismissal Without Prejudice (ECF No. 10) is **GRANTED**. 60 days from the filing of this stipulation, said dismissal shall automatically convert to a dismissal with prejudice.

Dated:   December 4, 2020               /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                        UNITED STATES DISTRICT JUDGE